**Clint JACOBS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77152**

Missouri Court of Appeals,
Western District.

Order filed: May 26, 2015

S. Kate Webber, for Appellant.

Shaun Mackelprang, Jefferson City, for Respondent.

Before Division Four: Alok Ahuja, Chief Judge, Joseph M. Ellis, Judge and James E. Welsh, Judge

## ORDER

PER CURIAM:

Clint Jacobs appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. A formal, published opinion would serve no jurisprudential purpose; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**